*James E. Ralls*, assistant state's attorney, in opposition.

Decided October 25, 2000

WILLIE J. FULLER, JR. *v.* COMMISSIONER OF CORRECTION

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Robert E. Byron*, special public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided October 25, 2000

STATE OF CONNECTICUT *v.* NEIL BROWN

The Supreme Court docket number is SC 16412.

*John B. Cantarella*, special public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided October 25, 2000

BELLA VISTA CONDOMINIUM ASSOCIATION, INC. *v.*
BENJAMIN GYADU ET AL.

MCDONALD, C. J., and SULLIVAN and VERTEFEU-ILLE, Js., did not participate in the consideration or decision of this petition.

*Benjamin Gyadu*, pro se, in support of the petition.

Decided October 25, 2000

DONALD FEE *v.* COMMISSIONER OF CORRECTION

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Carlos E. Candal*, special public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* JOAO NUNES